USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2008



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marilyn Richter**
Phone: 212 788-0931
Fax: 212 788-0940

March 21, 2008

HAND DELIVERY
The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re: *S.S. and S.T. on behalf of S.S. v. New York City Department of Education*
        08 CV 02022 (SAS)

Dear Judge Scheindlin:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for defendant, New York City Department of Education, in the above-subject lawsuit. I hereby request that defendant have a thirty-day extension, from March 24, 2008 until April 23, 2008, to respond to the complaint. Plaintiffs' counsel consents to this extension. Further this is the first extension that defendant has sought.

    Thank you for this consideration.

        Sincerely,

        Marilyn Richter
        Assistant Corporation Counsel

cc: Gary Mayerson, Esq. (by fax and e-mail)

*[Handwritten note:]* Request granted. Defendant may have until April 23 to respond to the complaint. No further adjournment. So Ordered: [signature] USDJ 3/21/08