```
                                           ┌─────────────────────────────┐
                                           │ USDC SDNY                   │
                                           │ DOCUMENT                    │
                                           │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT               │ DOC #: _____       │
SOUTHERN DISTRICT OF NEW YORK              │ DATE FILED: 6 10 08         │
----------------------------------------X  └─────────────────────────────┘
```

```
M.M., on behalf of D.M,                 :
                         Plaintiff,     :
                                        :      07 Civ. 8640 (DLC)
            -v-                         :
                                        :           ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                         Defendant.     :
                                        :
----------------------------------------X
N.K., on behalf of C.K.,                :
                         Plaintiff,     :
                                        :      07 Civ. 9533 (DLC)
            -v-                         :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                         Defendant.     :
                                        :
----------------------------------------X
                                        :
J.C. and B.C., on behalf of D.C.,       :
                         Plaintiffs,    :
                                        :      07 Civ. 10960 (DLC)
            -v-                         :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                         Defendant.     :
                                        :
----------------------------------------X
                                        :
A.B. and J.B., on behalf of K.B.,       :
                         Plaintiffs,    :
                                        :      08 Civ. 1212 (DLC)
            -v-                         :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                         Defendant.     :
                                        :
----------------------------------------X
                                        :
H.M. and M.M., on behalf of J.M. and    :
A.M.,                                   :
                         Plaintiffs,    :
                                        :      08 Civ. 1230 (DLC)
            -v-                         :
```

```
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                        Defendant.      :
                                        :
----------------------------------------X
                                        :
K.P., on behalf of N.P.,                :
                        Plaintiff,      :
                                        :        08 Civ. 1263 (DLC)
             -v-                        :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                        Defendant.      :
                                        :
----------------------------------------X
                                        :
D.R. and J.R., on behalf of A.R.,       :
                        Plaintiffs,     :
                                        :        08 Civ. 1556 (DLC)
             -v-                        :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                        Defendant.      :
                                        :
----------------------------------------X
                                        :
V.O. and I.O., on behalf of D.O.,       :
                        Plaintiffs,     :
                                        :        08 Civ. 1557 (DLC)
             -v-                        :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                        Defendant.      :
                                        :
----------------------------------------X
                                        :
D.R. and E.F., on behalf of N.R.,       :
                        Plaintiffs,     :
                                        :        08 Civ. 1995 (DLC)
             -v-                        :
                                        :
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                        Defendant.      :
                                        :
----------------------------------------X
                                        :
S.S. and T.S., on behalf of S.S.,       :
```

```
                            Plaintiffs,     :
                                            :        08 Civ. 2022 (DLC)
                -v-                         :
                                            :
NEW YORK CITY DEPARTMENT OF EDUCATION,      :
                            Defendant.      :
                                            :
----------------------------------------X
                                            :
A.L. and V.L., on behalf of E.L.,           :
                            Plaintiffs,     :
                                            :        08 Civ. 2023 (DLC)
                -v-                         :
                                            :
NEW YORK CITY DEPARTMENT OF EDUCATION,      :
                            Defendant.      :
                                            :
----------------------------------------X
                                            :
D.O. and H.O., on behalf of L.O.,           :
                            Plaintiffs,     :
                                            :        08 Civ. 2024 (DLC)
                -v-                         :
                                            :
NEW YORK CITY DEPARTMENT OF EDUCATION,      :
                            Defendant.      :
                                            :
----------------------------------------X
                                            :
K.K. and V.K., on behalf of A.K.,           :
                            Plaintiffs,     :
                                            :        08 Civ. 2025 (DLC)
                -v-                         :
                                            :
NEW YORK CITY DEPARTMENT OF EDUCATION,      :
                            Defendant.      :
                                            :
----------------------------------------X
                                            :
A.L., on behalf of S.L.,                    :
                            Plaintiffs,     :
                                            :        08 Civ. 2427 (DLC)
                -v-                         :
                                            :
NEW YORK CITY DEPARTMENT OF EDUCATION,      :
                            Defendant.      :
                                            :
```

3

```
----------------------------------------X
                                         :
D.A. and M.A., on behalf of M.A.,        :
                       Plaintiffs,       :
                                         :    08 Civ. 2785 (DLC)
            -v-                          :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                       Defendant.        :
                                         :
----------------------------------------X
                                         :
P.C. and D.C., on behalf of D.C. and     :
G.C.,                                    :
                       Plaintiffs,       :
                                         :    08 Civ. 2806 (DLC)
            -v-                          :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                       Defendant.        :
                                         :
----------------------------------------X
                                         :
J.D. and L.D., on behalf of J.D.,        :
                       Plaintiffs,       :
                                         :    08 Civ. 3174 (DLC)
            -v-                          :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                       Defendant.        :
                                         :
----------------------------------------X
                                         :
P.B. and M.R., on behalf of B.B.,        :
                       Plaintiffs,       :
                                         :    08 Civ. 3175 (DLC)
            -v-                          :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                       Defendant.        :
                                         :
----------------------------------------X
                                         :
M.P. and C.P.., on behalf of W.P.,       :
                       Plaintiffs,       :
                                         :    08 Civ. 3176 (DLC)
            -v-                          :
```

4

```
                                          :
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
                       Defendant.         :
                                          :
----------------------------------------X
                                          :
A.C. and P.C., on behalf of R.C.,         :
                       Plaintiffs,        :
                                          :     08 Civ. 3360 (DLC)
             -v-                          :
                                          :
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
                       Defendant.         :
                                          :
----------------------------------------X
                                          :
A.D. and H.D., on behalf of J.D.,         :
                       Plaintiffs,        :
                                          :     08 Civ. 3361 (DLC)
             -v-                          :
                                          :
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
                       Defendant.         :
                                          :
----------------------------------------X
                                          :
Y.E. and M.K., on behalf of M.E.,         :
                       Plaintiffs,        :
                                          :     08 Civ. 3362 (DLC)
             -v-                          :
                                          :
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
                       Defendant.         :
                                          :
----------------------------------------X
```

DENISE COTE, District Judge:

    This Court having conducted the initial pretrial conference on April 10, 2008, with the parties to the above-captioned actions brought against the New York City Department of Education, and the parties having agreed, and this Court having

found, that these actions involve common questions of law and
fact, it is hereby

ORDERED that the above-captioned actions are consolidated
for all purposes pursuant to Rule 42(a), Fed. R. Civ. P.   They
shall be referred to collectively as In re Attorneys' Fees
Consolidated Cases, Master File No. 07 Civ. 8640 (DLC).

IT IS FURTHER ORDERED that a Master Docket is hereby
established for the consolidated proceedings in the actions
consolidated herein (the "Consolidated Action").   Entries in
said Master Docket shall be applicable to the Consolidated
Action, and entries shall be made therein in accordance with the
regular procedures of the Clerk of this Court, except as
modified by this Order.

IT IS FURTHER ORDERED that a Master File is hereby
established for the consolidated proceedings in the Consolidated
Action.   The Master File shall be Civil Action No. 07 Civ. 8640
(DLC).   The original of this Order shall be filed by the Clerk
in the Master File herein established.   The Clerk shall maintain
a separate file for each of the actions consolidated herein and
filings shall be made therein in accordance with the regular
procedures of the Clerk of this Court except as modified below.
The Clerk shall file a copy of this Order in each such separate
file.

IT IS FURTHER ORDERED that every pleading filed in the
Consolidated Action shall bear the following caption:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
IN RE ATTORNEYS' FEES CONSOLIDATED      :
CASES                                   :
                                        :       MASTER FILE
This Document Relates to:               :       07 Civ. 8640 (DLC)
                                        :
ALL ACTIONS                             :
                                        :
---------------------------------------X
```

IT IS FURTHER ORDERED that when a pleading is intended to
be applicable to all actions to which this Order applies, the
words "All Actions" shall appear immediately after the words
"This Document Relates To:" in the caption.  When a pleading is
intended to apply to fewer than all of such actions, the docket
number for each individual action to which it is intended to
apply and the name of the plaintiff in said action shall appear
immediately after the words "This Document Relates To:" in the
caption.

IT IS FURTHER ORDERED that when a paper is filed and the
caption, pursuant to this Order, shows that it is applicable to
"All Actions," the Clerk shall file such paper in the Master
File and note such filing in the Master Docket.  No further
copies need be filed nor other docket entries made.

7

IT IS FURTHER ORDERED that when a paper is filed and the caption shows that it is applicable to fewer than All Actions, the Clerk shall file the original of the paper in the Master File and a copy in the file for each separate action to which it applies and shall note such filing in the Master Docket and in the docket of each such separate action.

SO ORDERED:

Dated:    New York, New York
          June 10, 2008

                                   _____
                                            DENISE COTE
                                   United States District Judge